IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01396-BNB

MICHAEL THOMAS McCULLOUGH,
Plaintiff,

v.

DOUGLAS COUNTY SHERIFF,
ENTITY KNOWN AS "CORRECTIONS MEDICAL . . .,"
PERSON KNOWN AS "DR. SINGH," Jail Physician,
PERSON KNOWN AS "DR. D. CUNNINGHAM, DDS," and
SHERIFF'S DEPUTY "BECHERT, SR.,"
Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 24 2008

GREGORY C. LANGHAM
_____ CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Michael Thomas McCullough, is incarcerated at the Douglas County Jail in Castle Rock, Colorado. Mr. McCullough initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his rights under the United States Constitution have been violated. Mr. McCullough also has filed a number of other documents including, on July 21, 2008, a document titled "Amendment to Prisoner's Complaint."

The court must construe the complaint and other documents filed in this action liberally because Mr. McCullough is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. McCullough will be ordered to file an amended complaint.

The court has reviewed the papers filed in this action by Mr. McCullough and finds that it is not clear exactly what claims are being asserted because the "Amendment to Prisoner's Complaint" filed on July 21, 2008, is confusing. Mr. McCullough asserts five claims for relief in the Prisoner Complaint. In the "Amendment to Prisoner's Complaint" Mr. McCullough filed on July 21, 2008, he seeks to amend the complaint to add a fifth claim for relief. It is not clear whether he actually intends to assert a sixth claim for relief or whether he intends to substitute the new claim for one of the claims already asserted in the complaint. Mr. McCullough is advised that, in order to amend his pleading, he must submit an entirely new pleading in order to avoid such confusion.

It also is not clear what claims Mr. McCullough is asserting against each of the named Defendants. For example, it is not clear what claim Mr. McCullough may be asserting against the Douglas County Sheriff. The fact that Mr. McCullough believes his rights have been violated during his incarceration at the Douglas County Jail is not sufficient to state a claim against the Douglas County Sheriff. In addition, although Mr. McCullough clearly complains about the medical and dental treatment he has received from the two individual medical providers named as Defendants, it is not clear what claim he may be asserting against the Defendant identified in the caption of the complaint as "Entity Known as 'Corrections Medical . . .'"

Therefore, Mr. McCullough will be ordered to file an amended complaint to clarify the claims he is asserting in this action. Mr. McCullough is reminded that § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." **Conn v. Gabbert**, 526 U.S. 286, 290

(1999). Therefore, he should name as Defendants in the amended complaint the persons he believes actually violated his constitutional rights. Mr. McCullough also is advised that, in order to state a claim in federal court, his amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Mr. McCullough file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. McCullough, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. McCullough fails to file an amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED July 24, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01396-BNB

Michael Thomas McCullough
Prisoner No. 08A0346
Douglas County Jail
4000 Justice Way
Castle Rock, CO 80109

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on 7/24/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk