IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01396-BNB

MICHAEL THOMAS McCULLOUGH,
Plaintiff,

v.

ANDY BECHERT, Deputy Sheriff,
DOUGLAS COUNTY SHERIFF,
DR. SINGH, Jail Physician,
LT. AQUINO, Deputy Sheriff,
CRAIG THOMPSON, Jail Nurse,
DR. CORY, Jail Radiologist,
DR. D. CUNNINGHAM, Jail Dentist,
CORRECTIONAL HEALTHCARE MGMT., and
UNKNOWN PERSON,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2008

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 29, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01396-BNB

Michael Thomas McCullough
Prisoner No. 08A0346
Douglas County Jail
4000 Justice Way
Castle Rock, CO 80109

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/29/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk