FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 4 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01396-EWN-KLM

MICHAEL THOMAS McCULLOUGH,

      Plaintiff,

v.

ANDY BECHERT, Deputy Sheriff,
DOUGLAS COUNTY SHERIFF,
DR. SINGH, Jail Physician,
LT. AQUINO, Deputy Sheriff,
CRAIG THOMPSON, Jail Nurse,
DR. CORY, Jail Radiologist,
DR. D. CUNNINGHAM, Jail Dentist,
CORRECTIONAL HEALTHCARE MGMT., and
UNKNOWN PERSON,

      Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: October 8, 2008.

BY THE COURT:

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01396-EWN-KLM

Michael T. McCullough
Doc. No. 08-A0346
Douglas County Det. Center
4000 Justice Way
Castle Rock, CO 80109

US Marshal Service
Service Clerk
Service forms for: Andy Bechert, Douglas County Sheriff, Dr. Singh, Lt. Aquino, Craig Thompson, Dr. Cory, Dr. Cunningham, Correctional Healthcare Mgmt

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Andy Bechert, Douglas County Sheriff, Dr. Singh, Lt. Aquino, Craig Thompson, Dr. Cory, Dr. Cunningham, Correctional Healthcare Mgmt: COMPLAINT FILED 09/25/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/14/08.

GREGORY C. LANGHAM, CLERK

By:_____
      Deputy Clerk