IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01396-PAB-KLM

MICHAEL THOMAS McCULLOUGH,

    Plaintiff,

v.

ANDY BECHERT, DEPUTY SHERIFF,
DOUGLAS COUNTY SHERIFF,
DR. SINGH, JAIL PHYSICIAN,
LT. AQUINO, DEPUTY SHERIFF,
CRAIG THOMPSON, JAIL NURSE,
DR. CORY, JAIL RADIOLOGIST,
DR. D. CUNNINGHAM, JAIL DENTIST,
CORRECTIONAL HEALTHCARE MGMT., and
UNKNOWN PERSON,

    Defendant(s).
_____

**ORDER DIRECTING PLAINTIFF TO MAKE MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    By Order entered July 2, 2008 [Docket No. 2], Plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(2), Plaintiff is required to make "monthly payments of 20 percent of the **preceding** month's income credited to his account" until the filing fee is paid in full. In the Order granting Plaintiff leave to proceed *in forma pauperis*, Plaintiff was instructed either to make the required monthly payments or to show cause **each month** why he has no assets and no means by which to make the monthly payment. Plaintiff was also directed to file a certified copy of his inmate trust fund account statement. Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in dismissal of his civil action.

Plaintiff has failed to make the required monthly payment or show cause why he has no assets and no means by which to make the monthly payments for the months of August, September and October 2008. Therefore, Plaintiff will be ordered either to make the required monthly payments or to show cause why he cannot.

It is not acceptable for Plaintiff to meet his monthly obligations only when specifically called upon by the Court through an order to pay or show cause. Such a procedure unreasonably burdens the Court. Consequently, hereafter I will require Plaintiff, by the **15th day** of **each** month and without any further notice from or order of the Court, either to make the required monthly payment for each preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment. If Plaintiff fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, I will recommend that the case by dismissed for failure to comply with this Order and with the Order allowing Plaintiff to proceed *in forma pauperis* entered July 2, 2008.

IT IS HEREBY **ORDERED** that by the **15th day** of **each** month hereafter Plaintiff shall either make the requirement monthly payment for each month or file a certified copy of his inmate trust fund account statement for the month demonstrating that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment. Plaintiff is advised that making purchases at the canteen in lieu of making his required monthly payments fails to demonstrate good cause for his nonpayment. *See Cosby v. Meadors*, 351 F.3d 1324, 1327 (10th Cir. 2003). Furthermore, if payment is made for the preceding month, in order to verify that the appropriate amount is being paid, Plaintiff must file a certified copy of his trust fund account statement for that month. The civil action number

should be noted on all payments as well as on any trust fund statements that are filed with the court.

      IT IS FURTHER **ORDERED** that if Plaintiff fails to comply with this Order, the complaint and this civil action may be dismissed without further notice.

      BY THE COURT:

      __s/ Kristen L. Mix_____

      United States Magistrate Judge

Dated: November 24, 2008